**Aleem HUSSAIN, Petitioner–Appellant**

**v.**

**UNITED STATES Of America; Bureau Of Prisons, Respondents–Appellees.**

**No. 11–50414**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 25, 2013.

Aleem Hussain, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney'S Office, San Antonio, TX, for Respondents–Appellees.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Aleem Hussain, former federal prisoner # 58567–019, appeals the denial of his 28 U.S.C. § 2241 petition challenging his exclusion from rehabilitation programs and halfway houses. As Hussain has been released from Bureau of Prisons custody, we dismiss the appeal as moot. *See Calderon v. Moore,* 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.